IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-0199** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **GABRIEL RIVERA-GIL** | : | |

## ORDER

AND NOW, this 7th day of September, 2006, upon consideration of defendant's motions to dismiss the indictment (Doc. 37), to require notice of intention to use other crimes, wrongs, or acts evidence (Doc. 39), for preservation of notes and tapes (Doc. 41), and for discovery pursuant to Brady[1] (Doc. 43), and it appearing that defendant filed briefs in support on August 15, 2006 (see Docs. 38, 40, 42, 44), and that the government has not filed briefs in opposition as of the date of this order, see L.R. 7.6 (stating that a brief in opposition is due within fifteen days of the brief in support), it is hereby ORDERED that the government shall file, on or before September 14, 2006, briefs in opposition to defendant's motions (Docs. 37, 39, 41, 43). Failure to comply with this order may result in the granting of the motions. See id. (providing that a party who fails to file a brief in opposition to a motion "shall be deemed not to oppose such motion").

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge

---

[1] Brady v. Maryland, 373 U.S. 83 (1963).